

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 4 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ELIAS ALBERDA

Plaintiff,

v.                                                           CIVIL ACTION NO. 4:13 cv 585 KGB

NATIONAL ENTERPRISE SYSTEMS, INC.

Defendant.

This case assigned to District Judge Baker
and to Magistrate Judge Deere

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

ELIAS ALBERDA (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the

following against NATIONAL ENTERPRISE SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et

   seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs,

   successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such

   actions may be brought and heard before "any appropriate United States district court

   without regard to the amount in controversy."

4. Defendant conducts business in the state of Arkansas, and therefore, personal jurisdiction is

   established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Jacksonville, Pulaski County, Arkansas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by *15 U.S.C.* 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection company with its headquarters in Solon, Ohio.

## FACTUAL ALLEGATIONS

10. In or around July of 2013, Defendant began placing collection calls to Plaintiff seeking and demanding payment for an alleged debt originally owed on a private student loan.

11. Plaintiff's alleged debt arises from transactions for personal, family, and/or household purposes.

12. Defendant calls Plaintiff from phone numbers including, but not limited to, 855-498-3429 extension 1291.

13. In or around July of 2013, Defendant's representative, "Cynthia Keller," placed a collection call to Plaintiff's place of employment.

14. In or around July of 2013, Plaintiff informed Defendant's representative, "Cynthia Keller" that he was not allowed to receive calls at work and requested that Defendant cease placing collection calls and provided "Cynthia Keller" with an alternative number to reach Plaintiff.

15. Despite Plaintiff's request to cease, Defendant continues to place calls to Plaintiff's place of employment, including a call on or around August 8, 2013.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a.  Defendant violated §1692c(a)(3) of the FDCPA by placing collection calls to Plaintiff's place of employment despite knowing or having reason to know that Plaintiff's employer prohibits such calls;

   b.  Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff

   WHEREFORE, Plaintiff, ELIAS ALBERDA , respectfully requests judgment be entered against Defendant, NATIONAL ENTERPRISE SYSTEMS, INC., for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k , and

19. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: _____

Ryan Lee
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
Phone: (323) 988-2400  x 241
Fax: (866) 861-1390

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARKANSAS

Plaintiff, ELIAS ALBERDA , states the following:

1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ELIAS ALBERDA , hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_8/23/13_
Date

_Elias Alberda_
ELIAS ALBERDA