**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ELIAS ALBERDA

Plaintiff,

v.                                            CIVIL ACTION NO.4:13-CV-00585

NATIONAL ENTERPRISE SYSTEMS, INC.

Defendant.

### NOTICE OF ACCEPATNCE OF RULE 68 OFFER OF JUDGMENT

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment attached hereto as Exhibit "A".

DATED:  December 6, 2013           RESPECTFULLY SUBMITTED,

                                   KROHN & MOSS, LTD.

                               By: <u>Ryan Lee</u>
                                   Ryan Lee
                                   Krohn & Moss, Ltd.
                                   10474 Santa Monica Blvd. Suite 401
                                   Los Angeles, CA 90025
                                   (323) 988-2400 ext 241 (office)
                                   (866) 381-1960 (fax)
                                   E-Mail: rlee@consumerlawcenter.com
                                   Attorneys for Plaintiffs