**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ELIAS ALBERDA**                                                                      **PLAINTIFF**

**v.**                        **Case No. 4:13-cv-00585 KGB**

**NATIONAL ENTERPRISE SYSTEMS, INC.**                    **DEFENDANT**

### ORDER

Based on the stipulation of dismissal filed by all parties (Dkt. No. 6), and pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-reference matter is hereby dismissed with prejudice.

SO ORDERED this 18th day of February, 2014.

_____
Kristine G. Baker
United States District Judge